SEALED   FILED

JUL 2 8 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  JAMES R. CONOLLY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )  CASE NO. 2:17-MJ-132   KJN
                                      )
12              Plaintiff,            )
                                      )
13         v.                         )  SEALING ORDER
                                      )
14 HOWARD DUCE SIMON,                 )
                                      )
15                                    )
                Defendant.            )
16                                    )
                                      )
17 _____)

18     Upon application of the United States of America and good cause having been shown,

19         IT IS HEREBY ORDERED that the above-captioned case shall be filed under seal and

20 shall not be disclosed to any person unless otherwise ordered by this Court.

21
   Dated:  July 27, 2017
22
                                      _____
23                                    CAROLYN K. DELANEY  KENDALL J. NEWMAN
                                      United States Magistrate Judge
24

25

26

27

28