FILED
August 2, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>HOWARD DUCE SIMON,<br><br>    Defendant. | Case No. 2:17-MJ-00132-KJN<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>HOWARD DUCE SIMON</u>, Case No. <u>2:17-MJ-00132-KJN</u>, Charge <u>Title 21 USC § 841(a)(1); 18 USC § 924(c)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    ✔ Bail Posted in the Sum of $ <u>50,000.00 (co-signed)</u>

        ✔ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        ✔ (Other) <u>With pretrial supervision and conditions of release as stated on the record in open court. USM shall release defendant on 8/14/2017, at 9:00 a.m., to the Pretrial Services.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>August 2, 2017</u> at <u>2:35</u> pm.

By /s/ Deborah Barnes
United States Magistrate Judge