```
HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
HOWARD DUCE SIMON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>HOWARD DUCE SIMON,  )<br>)<br>Defendant.  )<br>_____  ) | Case No.  2:17-CR-0151 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   October 19, 2017<br>Time:   10:00 a.m.<br>Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for October 19, 2017, may be continued to December 14, 2017, at 10:00 a.m.

The defense recently discovery but seeks additional time to review it with Mr. Simon before determining how best to proceed.  Also, defense investigation is likely prior to further scheduling of the case.  The parties therefore ask the Court to exclude time from the date of this order through December 14, 2017, to give them adequate time to prepare.  The parties further ask to exclude time under the Speedy Trial Act from the date of this order through December 14, 2017, pursuant to Title 18, United States Code,

-1-

Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 17, 2017       /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for HOWARD DUCE SIMON


PHILLIP A. TALBERT
United States Attorney

Dated: October 17, 2017       /s/ T. Zindel for J. Conolly ____
JAMES CONOLLY
Assistant U.S. Attorney

## O R D E R

The October 19, 2017, status conference is continued to December 14, 2017, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through December 14, 2017, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: October 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE