HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOWARD DUCE SIMON,<br><br>　　　　　Defendant. | Case No. 2:17-CR-0151 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: December 14, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

　　　　It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for December 14, 2017, may be continued to February 22, 2018, at 10:00 a.m.

　　　　The defense continues to review discovery with Mr. Simon and requests additional time to determine how best to proceed. Further defense investigation is likely prior to further scheduling of the case. The parties therefore ask the Court to exclude time from the date of this order through February 22, 2018, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section

-1-

3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

                                    Respectfully Submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: December 12, 2017        /s/ T. Zindel_____
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for HOWARD DUCE SIMON


                                    PHILLIP A. TALBERT
                                    United States Attorney

Dated: December 12, 2017        /s/ T. Zindel for J. Conolly ____
                                    JAMES CONOLLY
                                    Assistant U.S. Attorney

## O R D E R

The status conference is continued to February 22, 2018, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 22, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: January 3, 2018

                                      MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE