1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org

6  Attorney for Defendant
   HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:17-CR-0151 MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER** |
|  | ) **MODIFYING CONDITIONS OF RELEASE** |
| HOWARD DUCE SIMON, | ) |
|  | ) Judge:  Hon. Kendall J. Newman |
| Defendant. | ) |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the conditions of pretrial release may be modified as follows.

(1) Mr. Simon's existing curfew (7:00 p.m. to 5:00 a.m.) may be extended on Wednesday, January 10, and Saturday, January 13, 2018, until 11:00 p.m.

(2) Mr. Simon may also be permitted to travel to the Northern District of California on Saturday, January 13, 2018.

-1-

Pretrial Services (Officer Basurto) advises that Mr. Simon has abided by all conditions of release and that she agrees his curfew may be extended and travel permitted on the days noted above.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 9, 2018
/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for HOWARD DUCE SIMON

McGREGOR SCOTT
United States Attorney

Dated: January 9, 2018
/s/ T. Zindel for J. Conolly
JAMES CONOLLY
Assistant U.S. Attorney

## O R D E R

The conditions of release are temporarily modified as noted above.

IT IS SO ORDERED.

Dated: January 9, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE