HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD DUCE SIMON, <br><br> Defendant. | Case No. 2:17-CR-0151 MCE <br><br> **UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS; ORDER (PROPOSED)** <br><br> JUDGE: Hon. Carolyn K. Delaney |

Defendant, Howard Duce Simon, moves the Court to enter the attached order modifying the conditions of pretrial release set on August 2, 2017.  This motion rests on 18 U.S.C. § 3145(a) which allows "a motion for amendment of the conditions of release."  Pretrial Services recommends the attached amended conditions be adopted.  Counsel for the government has advised that, "based on the facts as the defense and pre-trial services

have represented them to me . . . , the government does not object to the modifications."

The original release conditions (doc. 6) included residential drug treatment to be followed by location monitoring and curfew. Mr. Simon completed residential treatment in 2017 and has since complied with monitoring and curfew. He is employed and in vocational training. Pretrial Services (Officer Basurto) recommends that the monitoring and curfew conditions be eliminated in light of his progress and has drafted amended special conditions, which are attaced. Mr. Simon respectfully asks the Court to adopt them.

HEATHER E. WILLIAMS
Federal Defender

Dated: April 5, 2018     /s/ T. Zindel
                         TIMOTHY ZINDEL
                         Assistant Federal Defender
                         Attorney for HOWARD SIMON

**O R D E R**

The Court grants defendant's unopposed motion and adopts the amended conditions of pretrial release set forth below.

IT IS SO ORDERED.

Dated: April 6, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

# **AMENDED SPECIAL CONDITIONS OF RELEASE**

Re: Howard Duce Simon
No.: 2:17-CR-0151 MCE
Date: April 5, 2018

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the Eastern District of California unless otherwise approved in advance by the pretrial services officer;

5. You must not obtain a passport or other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must submit to drug and/or alcohol testing as approved by the pretrial services officer. You must pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You must report any contact with law enforcement to your pretrial services officer within 24 hours; and,

11. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.