HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-CR-0151 MCE |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| HOWARD DUCE SIMON, | ) |
| Defendant. | ) Date: August 2, 2018<br>) Time: 10:00 a.m.<br>) Judge: Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for August 2, 2018, may be continued to September 20, 2018, at 10:00 a.m.

The defense continues to review discovery with Mr. Simon and requests additional time to determine how best to proceed. Defense investigation is ongoing and includes collection of school and other records the defense needs to obtain prior to further scheduling or resolution of the case. The parties therefore ask the Court to exclude time from the date of this order through September 20, 2018, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy

-1-

Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: July 31, 2018  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for HOWARD DUCE SIMON

McGREGOR SCOTT
United States Attorney

Dated: July 31, 2018  /s/ T. Zindel for J. Conolly
JAMES CONOLLY
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 20, 2018, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through September 20, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: August 2, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE