1    HEATHER E. WILLIAMS, #122664
     Federal Defender
2    TIMOTHY ZINDEL, #158377
     Assistant Federal Defender
3    801 I Street, 3rd Floor
     Sacramento, CA  95814
4    Tel: 916-498-5700/Fax 916-498-5710
     timothy_zindel@fd.org
5

6    Attorney for Defendant
     HOWARD DUCE SIMON
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   UNITED STATES OF AMERICA,          )  Case No.  2:17-CR-0151 MCE
                                        )
13                     Plaintiff,       )
                                        )  **STIPULATION AND ORDER**
14            vs.                       )  **CONTINUING STATUS CONFERENCE**
                                        )  **AND EXCLUDING TIME**
15   HOWARD DUCE SIMON,                 )
                                        )
16                     Defendant.       )  Date:   September 20, 2018
                                        )  Time:   10:00 a.m.
17   _____)  Judge: Hon. Morrison C. England

18

19        It is hereby stipulated and agreed between defendant, Howard Duce Simon, and

20   plaintiff, United States of America, that the status conference scheduled for September

21   20, 2018, may be continued to October 25, 2018, at 10:00 a.m.

22        The defense continues to review discovery with Mr. Simon and requests

23   additional time to determine how best to proceed.  Defense investigation is ongoing and

24   includes collection of school and other records the defense needs to obtain prior to

25   further scheduling or resolution of the case.  The parties therefore ask the Court to

26   exclude time from the date of this order through October 25, 2018, to give them

27   adequate time to prepare.  The parties further ask to exclude time under the Speedy

28
                                        -1-

Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv). The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: September 18, 2018          /s/ T. Zindel
                                   TIMOTHY ZINDEL
                                   Assistant Federal Defender
                                   Attorney for HOWARD DUCE SIMON


                                   McGREGOR W. SCOTT
                                   United States Attorney

Dated: September 18, 2018          /s/ T. Zindel for J. Conolly
                                   JAMES CONOLLY
                                   Assistant U.S. Attorney

# O R D E R

        The status conference is continued to October 25, 2018, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through October 25, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

        IT IS SO ORDERED.

Dated: September 20, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

-2-