HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD DUCE SIMON,<br><br>Defendant. | Case No. 2:17-CR-0151 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: March 14, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for March 14, 2019, may be continued May 9, 2019, at 10:00 a.m.

The defense has asked the government to review information bearing on the possible resolution of the case and continues to assemble other materials that will bear on future proceedings. Defense investigation is ongoing. The parties therefore ask the Court to exclude time from the date of this order through May 9, 2019, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States

Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

                                            Respectfully Submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

Dated:  March 11, 2019            /s/ T. Zindel
                                            TIMOTHY ZINDEL
                                            Assistant Federal Defender
                                            Attorney for HOWARD DUCE SIMON

                                            McGREGOR W. SCOTT
                                            United States Attorney

Dated:  March 11, 2019            /s/  T. Zindel for J. Conolly
                                            JAMES CONOLLY
                                            Assistant U.S. Attorney

## ORDER

The status conference is continued to May 9, 2019, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through May 9, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated:  March 13, 2019

                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE