HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD DUCE SIMON,<br><br>Defendant. | Case No. 2:17-CR-0151 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: May 16, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for May 16, 2019, may be continued July 25, 2019, at 10:00 a.m.

The defense has asked the government to review information bearing on the possible resolution of the case and continues to assemble other materials that will bear on future proceedings. Defense investigation is ongoing. The parties therefore ask the Court to exclude time from the date of this order through July 25, 2019, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States

Code, Section 3161(h)(7)(A) and (B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

                                Respectfully Submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

Dated: May 13, 2019                /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for HOWARD DUCE SIMON

                                McGREGOR W. SCOTT
                                United States Attorney

Dated: May 13, 2019                /s/ T. Zindel for J. Conolly
                                JAMES CONOLLY
                                Assistant U.S. Attorney

## O R D E R

The status conference is continued to July 25, 2019, at 10:00 a.m.  The Court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through July 25, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: May 20, 2019

                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE