HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
HOWARD DUCE SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOWARD DUCE SIMON,<br><br>Defendant. | Case No. 2:17-CR-0151 MCE<br><br>***AMENDED* STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: October 24, 2019<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed between defendant, Howard Duce Simon, and plaintiff, United States of America, that the status conference scheduled for October 24, 2019, may be continued December 11, 2019, at 10:00 a.m.

The government is reviewing information bearing on the possible resolution of the case and both parties seek additional time to review matters bearing on future scheduling. The parties therefore ask the Court to exclude time from the date of this order through December 11, 2019, to give them adequate time to prepare. The parties further ask to exclude time under the Speedy Trial Act from the date of this order through that date pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and

-1-

(B)(iv).  The parties agree that the interests of justice outweigh the best interests of the public and the defendants in a speedy trial and ask the Court to so find.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  October 22, 2019          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for HOWARD DUCE SIMON


McGREGOR W. SCOTT
United States Attorney

Dated:  October 22, 2019          /s/ T. Zindel for J. Conolly
JAMES CONOLLY
Assistant U.S. Attorney

# ORDER

The status conference is continued to December 11, 2019, at 10:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through December 11, 2019, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  October 24, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE