```
TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com


Attorney for Defendant
HOWARD DUCE SIMON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>          vs.<br><br>HOWARD DUCE SIMON,<br><br>     Defendant. | Case No. 2:17-CR-0151 WBS<br><br>**STIPULATION AND ORDER SCHEDULING TRIAL DATES AND AND EXCLUDING TIME**<br><br>Judge:   Hon. William B. Shubb<br>Date:    September 26, 2022<br>Time:    9:00 a.m. |

Plaintiff, United States of America, by and through its counsel of record, and defendant, Howard Simon, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status conference on September 26, 2022.  The parties ask the Court to vacate the September 26 hearing, adopt the following trial schedule, and to make findings under the Speedy Trial Act as set forth below.

/////

2. After conferring with the Courtroom Deputy Clerk, the parties ask the Court to schedule this case for trial on February 7, 2023, and to schedule a trial confirmation hearing for January 9, 2023, at 9:00 a.m.

3. The parties also stipulate to, and request that the Court find, the following:

    a) Defense counsel requests additional time to present material in mitigation of the charged offense to counsel for the government. Defense counsel believes that this material bears on issues that will be presented to a jury, even if the material does not result in an agreement resolving the case.

    b) Additionally, defense counsel anticipates that the government will require time to review the material provided in mitigation and to determine how it wishes to proceed.

    c) Defense counsel believes that failure to grant the above-requested continuance would the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the requested continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the time prescribed by the Speedy Trial Act.

/////

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the parties ask the Court to exclude time pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] from the date of this Order through February 7, 2023.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

                                              Respectfully Submitted,

Dated:  September 21, 2022   */s/ T. Zindel*
TIMOTHY ZINDEL
Attorney for HOWARD DUCE SIMON


PHILIP A. TALBERT
United States Attorney

Dated:  September 21, 2022   */s/ T. Zindel for J. Conolly*
JAMES R. CONOLLY
Assistant U.S. Attorney


/////

/////

/////

/////

/////

**O R D E R**

The Court adopts the findings set forth above. Trial is scheduled to begin on February 7, 2023 at 9:00 a.m.. A trial confirmation hearing is scheduled for January 9, 2023, at 9:00 a.m. Time is excluded, commencing today, through February 7, 2023, for the reasons set forth above. The September 26, 2022 hearing date is vacated.

IT IS SO ORDERED.

Dated: September 21, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE