PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD DUCE SIMON,<br><br>Defendant. | CASE NO. 2:17-CR-151-WBS<br><br>ORDER<br><br>DATE: January 17, 2023<br>TIME: 1:30 p.m.<br>COURT: Hon. William B. Shubb |

On January 9, 2023, this case came on for a trial confirmation hearing. The parties informed the Court that they anticipate resolving the matter with a plea agreement in advance of the February 7, 2023 trial date, and requested a short continuance for a change of plea.

The Court therefore ORDERS that:

1. Today's trial confirmation hearing be continued to January 17, 2023, at 01:30 p.m., in Courtroom 5 (WBS) before Senior Judge William B. Shubb, for a possible change of plea or else a trial confirmation hearing. The Defendant is to return on said date and time.

2. The trial date of February 7, 2023 will remain in place pending resolution of this matter.

3. By prior order of the Court, time remains excluded under the Speedy Trial act, pursuant to Local Code T4, up to and including February 7, 2023. (ECF No. 97.)

Dated: January 9, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1