TIMOTHY ZINDEL, #158377
P.O. Box 188976
Sacramento, CA  95818
Tel: (916) 704-2665
timzindel@gmail.com

Attorney for Defendant
HOWARD SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        vs.<br><br>HOWARD SIMON,<br><br>    Defendant. | Case No. 2:17-CR-0151 WBS<br><br>**STIPULATION AND ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>Judge:   Hon. Jeremy D. Peterson |

    Defendant, Howard Simon, asks the Court to adopt this stipulation modifying special condition of release number 8 (doc. 6) as follows:  in place of "You must refrain from *an*y use of alcohol," substitute the following: "You must refrain from *excessive* use of alcohol."  The remainder of the condition is not modified by this request – the sole change is to substitute the word "excessive" for the word "any," modifying only the alcohol restriction.

    This modification was proposed by Pretrial Services in an email to defense counsel: "Mr. Simon has an alcohol abstinence condition of release and our office recently resumed alcohol testing after not testing due to COVID-19 concerns. However, in reviewing Mr. Simons' pretrial services report, it does not appear he has any problematic use of alcohol. I'd like to recommend

that you file a stipulation and order to modify the 'no use of alcohol' to 'no excessive use of alcohol' – on the condition the government has no objection."

Mr. Simon requests proposed the modification. Counsel for the government has advised Pretrial Services and defense counsel that it has no objection to the request.

Respectfully Submitted,

Dated: February 27, 2023

/s/ T. Zindel
TIMOTHY ZINDEL
Attorney for HOWARD SIMON

PHILIP A. TALBERT
United States Attorney

Dated: February 27, 2023

/s/ T. Zindel for J. Conolly
JAMES R. CONOLLY
Assistant U.S. Attorney

**O R D E R**

The Court orders special condition of pretrial release number 8 modified as set forth above.

IT IS SO ORDERED.

Dated: February 27, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE