HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
HOWARD SIMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00151-WBS |
| Plaintiff, | ORDER GRANTING EARLY TERMINATION OF SUPERVISION |
| v. | |
| HOWARD SIMON, | Judge: Hon. William B. Shubb |
| Defendant. | |

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case and discharges Mr. Simon from supervision for the reasons set forth in his Unopposed Motion.

Dated:  December 8, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE